United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 30, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-60697
Summary Calendar

SI SOUNDONE,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A70 455 171
--------------------

Before JOLLY, HIGGINBOTHAM, and PICKERING, Circuit Judges.

PER CURIAM:[*]

Si Soundone, a native and citizen of Laos, petitions this court for review of the Board of Immigration Appeals' (BIA) decision denying his application for asylum and withholding of deportation. In rejecting Soundone's appeal, the BIA adopted the Immigration Judge's (IJ) findings that Soundone lacked credibility. We hold that the IJ's credibility findings were reasonable and supported by substantial evidence. See Chun v. INS, 40 F.3d 76, 79 (5th Cir. 1994). Accordingly, Soundone's petition for review is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.